**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-cv-61075-Moreno/Seltzer

MITZY BATISTA,

      Plaintiff,

v.

SOUTH FLORIDA WOMAN'S
HEALTH ASSOCIATES, INC.,
EDWARD D. ECKERT,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

The parties have agreed to a settlement and are in the process of finalizing the written terms. Plaintiff will submit the appropriate closings documents as soon as the settlement agreement has been completed and signed.

      Respectfully submitted,

      Koz Law, P.A.
      320 S.E. 9th Street
      Fort Lauderdale, Florida 33316
      Phone: (786) 924-9929
      Fax:   (786) 358-6071
      Email: ekoz@kozlawfirm.com

      _____
      Elliot Kozolchyk, Esq.
      Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 12, 2018 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

*Via Email:*
South Florida Woman's Health Associates, Inc.
Registered Agent: Edward D. Eckert
2345 W. Hillsboro Blvd. 1st Floor Suite 105
Deerfield Beach, FL 33442
Email: capdex@comcast.net, eckert.r@att.net

*Via Email:*
Edward D. Eckert
5200 NW 76 Pl
Pompano Beach, FL 33073-3513
Email: capdex@comcast.net, eckert.r@att.net