UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61075-CIV-MORENO

MITZY BATISTA,

        Plaintiff,

vs.

SOUTH FLORIDA WOMAN'S HEALTH
ASSOCIATES, INC. and EDWARD D. ECKERT,

        Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS CAUSE came before the Court upon Plaintiff's Motion for Reconsideration of Plaintiff's Motion to Approve Settlement **(D.E. 28)**, filed on **August 27, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and this case is DISMISSED in accordance with the terms of the settlement. The Court approves the settlement as outlined in the Plaintiff's Motion for Reconsideration. The Court retains jurisdiction to enforce the terms of the settlement for six months and to decide the attorney's fees in this case. Plaintiff shall file a motion for attorney's fees by no later than September 20, 2018. Defendant may file a response by October 2, 2018. It is also

**ADJUDGED** that this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___17___ of September 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record