**ekoz@kozlawfirm.com**

| | |
|---|---|
| **From:** | Roslyn Stevenson <roslyn.rlslaw@gmail.com> |
| **Sent:** | Friday, July 27, 2018 8:29 PM |
| **To:** | ekoz@kozlawfirm.com |
| **Cc:** | anat.rlslaw@gmail.com; pdauz@kozlawfirm.com |
| **Subject:** | Re: Activity in Case 0:18-cv-61075-FAM Batista v. South Florida Womans Health Associates, Inc. et al Motion to Deposit Funds |

Elliot:
Yes. I do.
There is no settlement. Never was.
If I file a response, I will request fees.


Sent from my iPhone.
Please excuse any typographical errors.
--
Regards,
Roslyn L. Stevenson, Esq.
Stevenson Law, PL
Post Office Box 800936
Aventura, FL 33280-0936
Tel  305.935.9533
Fax 954.252.2095
roslyn.rlslaw@gmail.com

The information contained in this electronic mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

On Jul 27, 2018, at 8:14 PM, <ekoz@kozlawfirm.com> <ekoz@kozlawfirm.com> wrote:

> Roslyn,
>
> I will be filing a renewed motion to approve settlement. Do you oppose?
>
> <image001.png>   **E L L I O T   K O Z O L C H Y K** / Attorney
> e:  ekoz@kozlawfirm.com  t:  786.924.9929  f:  786.358.6071
> a:  320 S.E. 9th St, Fort Lauderdale, FL 33316
>
> **From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
> **Sent:** Friday, July 27, 2018 7:30 PM
> **To:** flsd_cmecf_notice@flsd.uscourts.gov
> **Subject:** Activity in Case 0:18-cv-61075-FAM Batista v. South Florida Womans Health Associates, Inc. et al Motion to Deposit Funds

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Stevenson, Roslyn on 7/27/2018 at 7:30 PM EDT and filed on 7/27/2018

**Case Name:**  Batista v. South Florida Womans Health Associates, Inc. et al
**Case Number:**  0:18-cv-61075-FAM
**Filer:**  Edward D. Eckert
South Florida Womans Health Associates, Inc.
**Document Number:** 24

**Docket Text:**
**MOTION to Deposit Funds by Edward D. Eckert, South Florida Womans Health Associates, Inc.. (Attachments: # (1) Text of Proposed Order)(Stevenson, Roslyn)**

**0:18-cv-61075-FAM Notice has been electronically mailed to:**

Elliot Ari Kozolchyk     ekoz@kozlawfirm.com, ahaggerty@kozlawfirm.com, info@kozlawfirm.com, ljamito@kozlawfirm.com, lvillamor@kozlawfirm.com, mbinder@kozlawfirm.com, pdauz@kozlawfirm.com, tcontreras@kozlawfirm.com

Roslyn Lezek Stevenson     roslyn.rlslaw@gmail.com, anat.rlslaw@gmail.com

**0:18-cv-61075-FAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/27/2018] [FileNumber=17821484-0] [8cb0a3023e3259038a11c50295a300bbdca3d0578496c3db146b554721666b97f6 80738e4729f4a758cb3761cc5983be19dc8eacfbe73de076b6ebef192e794c]]
**Document description:** Text of Proposed Order
**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1105629215 [Date=7/27/2018] [FileNumber=17821484-1] [1945fc936c4eefc324db943a32a73701df67ea88368617acc85bee465e4bee719a47ccaf612a6ba3f6116fc958b4d741f1004e83da379373abcb57053d3c7859]]