<u>**Exhibit A**</u>
**Billing Statement**
**Elliot Kozolchyk, Esq.**

| DATE | HRS | DESCRIPTION | FEES |
|---|---|---|---|
| 2/23/18 | 2.0 | Met and Interviewed Client | $ 700.00 |
| 2/24/18 | 0.9 | Researched Defendant South Florida Woman's Health Associates, Inc.; performed due diligence on nature of business and likelihood of it generating more $500,000 per year for FLSA purposes. | $ 315.00 |
| 5/12/18 | 0.4 | Reviewed Plaintiff's documents, including bank statements showing compensation from Defendants. | $ 140.00 |
| 5/13/18 | 0.5 | Prepared Exhibit A to the Complaint, the Statement of Claim | $ 175.00 |
| 5/13/18 | 0.5 | Prepared Complaint | $ 175.00 |
| 5/16/18 | 0.1 | Reviewed DE 4, Notice of Court Practices in FLSA Cases | $ 35.00 |
| 5/16/18 | 0.1 | Reviewed DE 2, Judge Assignment, and DE 3, Summonses | $ 35.00 |
| 5/25/18 | 0.5 | Contacted Client to discuss contents of Defendant's email regarding the Complaint | $ 175.00 |
| 5/25/18 | 0.2 | Reviewed email sent directly from Defendant regarding the allegations in the Complaint | $ 70.00 |
| 6/6/18 | 0.1 | Prepared DE 5, Notice of Filing Statement of Claim | $ 35.00 |
| 6/13/18 | 0.2 | Reviewed email from lawyer associated but not retained by Defendant, sent response, and reviewed reply | $ 70.00 |
| 6/13/18 | 0.1 | Reviewed email from Defendant regarding possible settlement conditions | $ 35.00 |
| 6/18/18 | 0.2 | Reviewed DE 6, Defendant's Response to Complaint | $ 70.00 |
| 6/27/18 | 0.1 | Reviewed DE 7, Order Requiring Defendant Corporation to Obtain Counsel | $ 35.00 |
| 6/29/18 | 0.2 | Reviewed DE 9, Order of Referral to Mediation | $ 70.00 |
| 6/29/18 | 0.1 | Reviewed DE 8, Scheduling Order | $ 35.00 |
| 7/4/18 | 0.2 | Sent email to Opposing Counsel with draft settlement agreement and response to proposal for settlement conference | $ 70.00 |
| 7/9/18 | 0.1 | Sent email to Defendant rejecting settlement offer and proposing a mediator | $ 35.00 |
| 7/9/18 | 0.1 | Reviewed two emails from Defendant regarding mediator selection and proposing a modification to earlier settlement offer | $ 35.00 |
| 7/10/18 | 0.4 | Phone call with Defendants | $ 140.00 |
| 7/10/18 | 0.2 | Reviewed two emails from Defendant concerning settlement and sent reply | $ 70.00 |
| 7/11/18 | 0.3 | Reviewed lengthy, meandering email from Defendant and sent two replies with precise settlement offer, and reviewed reply | $ 105.00 |
| 7/11/18 | 0.4 | Sent two emails to Defendant regarding settlement terms and reviewed two responses from Defendant agreeing to terms | $ 140.00 |
| 7/11/18 | 0.2 | Reviewed DE 10, Request for Clerk to Appoint Mediator | $ 70.00 |
| 7/12/18 | 0.1 | Prepared DE 12, Notice of Settlement | $ 35.00 |
| 7/13/18 | 0.1 | Reviewed DE 14, Notice of Court Practice Upon Settlement | $ 35.00 |
| 7/13/18 | 0.4 | Prepared draft of settlement agreement | $ 140.00 |
| 7/13/18 | 0.1 | Reviewed DE 13, Notice from the Court Regarding Plaintiff's Notice | $ 35.00 |
| 7/13/18 | 0.2 | Phone call with newly-retained Defendants' counsel, Roslyn Stevenson. She told me to look her up on the Florida Bar website. Upon doing so, I found that she is a member of the 11th Judicial Circuit Grievance Committee. | $ 70.00 |
| 7/17/18 | 0.2 | Reviewed two emails from Opposing Counsel regarding settlement, attorney's fees, and case status, | $ 70.00 |
| 7/17/18 | 0.1 | Reviewed DE 15, Notice of Attorney Appearance, and DE 16, Amended Notice of Attorney Appearance | $ 35.00 |

**Exhibit A**
**Billing Statement**
**Elliot Kozolchyk, Esq.**

| DATE | HRS | DESCRIPTION | FEES |
|---|---|---|---|
| 7/17/18 | 0.2 | Reviewed DE 17, Defendant's Answer and Affirmative Defenses | $ 70.00 |
| 7/18/18 | 0.5 | Sent reply to Opposing Counsel with draft of settlement agreement and the precise points at issue spelled out in the email, and reviewed reply containing Defense Counsel's own draft of a settlement agreement | $ 175.00 |
| 7/19/18 | 2.1 | Performed legal research on conditions for enforceable settlements | $ 735.00 |
| 7/19/18 | 4.4 | Prepared DE 18, Motion to Enforce Settlement | $ 1,540.00 |
| 7/20/18 | 0.1 | Reviewed DE 20, Order Granting Motion to Appoint Mediator | $ 35.00 |
| 7/20/18 | 0.1 | Reviewed DE 21, Clerk's Mediator Designation | $ 35.00 |
| 7/20/18 | 0.1 | Sent email to Opposing Counsel requesting deposition dates for Defendant and reviewed reply | $ 35.00 |
| 7/20/18 | 0.2 | Sent email to OC regarding lengthy anticipated delay with obtaining deposition dates that occur before Court's Discovery Deadline | $ 70.00 |
| 7/20/18 | 0.1 | Reviewed DE 19, Order Denying Motion to Enforce Settlement | $ 35.00 |
| 7/25/18 | 0.2 | Reviewed email from Opposing Counsel with proposed deposition dates, conferring on Motion to deposit funds in court registry, and stating Defendants' position on mediation | $ 70.00 |
| 7/27/18 | 0.3 | Reviewed DE 23, Defendants' Response to Statement of Claim | $ 105.00 |
| 7/27/18 | 0.2 | Reviewed DE 22, Defendant's Response to Motion for Clerk to Appoint Mediator | $ 70.00 |
| 7/27/18 | 0.1 | Sent email to OC conferring on renewed Motion to Approve settlement, and reviewed reply | $ 35.00 |
| 7/27/18 | 0.3 | Reviewed DE 24, Defendants' Motion to Deposit Funds | $ 105.00 |
| 7/31/18 | 0.4 | Sent two emails to OC with Plaintiff's position on depositions and attempting to resolve case, and reviewed reply | $ 140.00 |
| 8/1/18 | 0.1 | Reviewed email from OC with Defendant's position on deposition scheduling | $ 35.00 |
| 8/2/18 | 0.4 | Sent email to OC regarding the issues surrounding the location and length of Defendant's deposition, as well providing a case summary and Plaintiff's conditions for a Stipulated Judgement | $ 140.00 |
| 8/3/18 | 0.1 | Reviewed email from OC responding to email setting forth location and timing conditions for Defendant's deposition | $ 35.00 |
| 8/7/18 | 0.1 | Reviewed DE 25, Order Granting Motion to Deposit Funds | $ 35.00 |
| 8/7/18 | 0.1 | Reviewed DE 26, Order to Show Cause | $ 35.00 |
| 8/23/18 | 0.3 | Contacted Client to update on Case status | $ 105.00 |
| 8/26/18 | 1.4 | Performed Legal Research on conditions for enforceable settlements | $ 490.00 |
| 8/27/18 | 6.1 | Prepared DE 28, Plaintiff's Response to Order to Show Cause and Motion for Reconsideration of Motion to Approve Settlement | $ 2,135.00 |
| 9/17/18 | 0.1 | Reviewed DE 29, Order Granting DE 28 and Approving Settlement and Dismissing Case | $ 35.00 |
| 9/20/18 | 3.2 | Prepared Motion for Fees | $ 1,120.00 |
| Total | 30.5 | | $ 10,675.00 |
| | | Hourly Rate | $ 350.00 |