UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61075-CIV-MORENO

MITZY BATISTA,

        Plaintiff,

vs.

SOUTH FLORIDA WOMAN'S HEALTH
ASSOCIATES, INC. and EDWARD D. ECKERT,

        Defendants.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE SELTZER REGARDING MOTION FOR ATTORNEY'S FEES

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Barry S. Seltzer** to submit a Report and Recommendation to this Court on Motion for Attorney's Fees **(D.E. 30)**, filed on **September 20, 2018**.

All motions for extension or enlargement of time that relate to such motion are included with this referral. Any applications for extension or modification of pretrial deadlines or the trial date shall be made by the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Seltzer.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of September 2018.

                                                         FEDERICO A. MORENO
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Barry S. Seltzer

Counsel of Record
Edward D. Eckert, Pro Se
South Florida Woman's Health Association
2345 W. Hilsboro Blvd., Suite 201
Deerfield Beach, FL 33442