UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-61075-CIV-MORENO

MITZY BATISTA,

    Plaintiff,

vs.

SOUTH FLORIDA WOMAN'S HEALTH ASSOCIATES, INC. and EDWARD D. ECKERT,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, for a Report and Recommendation on Motion for Attorney's Fees, filed on **September 20, 2018**. The Magistrate Judge filed a Report and Recommendation (**D.E. 37**) on **November 13, 2018**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Barry S. Seltzer's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion for Attorney's Fees is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___13___ of December 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Barry S. Seltzer
Counsel of Record