**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 18-cv-61075-Moreno/Seltzer

MITZY BATISTA,

       Plaintiff,

v.

SOUTH FLORIDA WOMAN'S
HEALTH ASSOCIATES, INC.,
EDWARD D. ECKERT,

       Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, MITZY BATISTA, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Adopting Magistrate Judge's Report and Recommendation [DE 40] dated December 13, 2018.

       Respectfully submitted,

       Koz Law, P.A.
       320 S.E. 9th Street
       Fort Lauderdale, Florida 33316
       Phone: (786) 924-9929
       Fax:    (786) 358-6071
       Email: ekoz@kozlawfirm.com

       /s/ Elliot A. Kozolchyk
       _____
       Elliot Kozolchyk, Esq.
       Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 10, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

Roslyn L. Stevenson, Esq.
*Counsel for Defendants*
Stevenson Law, PL
P.O. Box 800936
Aventura, FL 33280-0936
Tel: (305) 935-9533
Fax: (954) 252-2095
Email: roslyn.rlslaw@gmail.com