18-CV-61075-FAM

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10133-GG

_____

MITZY BATISTA,

Plaintiff - Appellant,

versus

SOUTH FLORIDA WOMANS HEALTH ASSOCIATES, INC.,
South Florida Woman's Health Association,
EDWARD D. ECKERT,
South Florida Woman's Health Association,

Defendants - Appellees.

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

BEFORE:   WILSON, BRANCH, and JULIE CARNES, Circuit Judges.

BY THE COURT:

Appellant's "Unopposed Motion to Transfer" is GRANTED. *See* 11th Cir. R. 39-2(d).

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 19-10133-GG

MITZY BATISTA,

    *Plaintiff-Appellant,*

v.

SOUTH FLORIDA WOMAN'S HEALTH
ASSOCIATES, INC., et al.

    *Defendants-Appellees.*
_____/

Appeal from the District Court for the Southern District of Florida
Case No. 18-cv-61075-Moreno/Seltzer

## UNOPPOSED MOTION TO TRANSFER

Plaintiff-Appellant respectfully requests that consideration of attorney's fees

and costs on appeal be transferred to the district court from which the appeal was

taken pursuant to 11th Cir. R. 39-2.

Dated: March 8, 2021           Respectfully submitted,

                             Koz Law, P.A.
                             320 S.E. 9th Street
                             Fort Lauderdale, Florida 33316
                             Phone: (786) 924-9929
                             Fax:   (786) 358-6071
                             Email: ekoz@kozlawfirm.com
                             */s/ Elliot A. Kozolchyk*
                             Elliot A. Kozolchyk
                             Bar No.: 74791
                             *Counsel for Plaintiff-Appellant*

*Mitzy Batista v. South Florida Woman's Health Associates, Inc., et al.*
Case No. 19-10133

## CERTIFICATE OF INTERESTED PARTIES
## AND CORPORATE DISCLOSURE STATEMENT

1.  Batista, Mitzy - Plaintiff/Appellant

2.  Edward D. Eckert - Defendant/Appellee

3.  Koz Law, P.A. - Counsel for Plaintiff/Appellant

4.  Kozolchyk, Elliot A. - Counsel for Plaintiff/Appellant

5.  Kula & Associates, P.A. - Counsel for Defendants/Appellees

6.  Kula, Elliot B. - Counsel for Defendants/Appellees

7.  Moreno, Federico A. - United States District Judge

8.  South Florida Woman's Health Associates, Inc. - Defendant/Appellee

9.  Stevenson Law, PL - Counsel for Defendants/Appellees

10. Stevenson, Roslyn L. - Counsel for Defendants/Appellees

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Tel: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

_/s/ Elliot A. Kozolchyk_
Elliot A. Kozolchyk, Esq.
Bar No.: 74791

*Counsel for Plaintiff-Appellant*

## <u>CERTIFICATE OF COMPLIANCE</u>

1.      This document complies with the type-volume limit of Fed. R. App. P. 32(c)(2) because it contains 75 words (according to the word-count function of the word-processing program used to prepare this document), excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 version 2101 in 14-point font size and Times New Roman font.

> */s/ Elliot A. Kozolchyk*
> Elliot A. Kozolchyk
> Attorney for Appellant
> Dated: 3/8/21

## **CERTIFICATE OF CONFERRAL**

I HEREBY CERTIFY that I conferred with counsel for Defendants-

Appellees, Elliot B. Kula, Esq., and he does not oppose the relief sought herein.

*/s/ Elliot A. Kozolchyk*
Elliot A. Kozolchyk, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 8, 2021 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

*/s/ Elliot A. Kozolchyk*
Elliot A. Kozolchyk, Esq.

## SERVICE LIST

Elliot B. Kula, Esq.
Kula & Associates, P.A.
11900 Biscayne Boulevard, Suite 310
Miami, Florida 33181
Tel: (305) 354-3858
Fax: (305) 354-3822
Email: elliot@kulalegal.com, eservice@kulalegal.com

*Counsel for Defendants-Appellees*