**NATURAL HORMONES INC.**
2345 W. HILLSBORO BLVD. SUITE 205
DEERFIELD BEACH FL. 33442

MIAMI FL 331
07 FEB 2019 PM 4 L



Mitzy Batista
5538 N. Winston Park
Coconut Creek, Fl 33073

NIXIE    331    SE 1    2202/15/19
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: K12935129927
NIXIE    331 . FE 32

EXHIBIT "B"