**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-61075-CIV-MORENO (FAM)

MITZY BATISTA,

        Plaintiff,

vs.

SOUTH FLORIDA WOMAN'S HEALTH
ASSOCIATES, INC. and
EDWARD D. ECKERT,

        Defendants.

_____/

**AMENDED - DEFENDANTS'
SOUTH FLORIDA WOMAN'S HEALTH ASSOCIATES, INC.
AND EDWARD D. ECKERT'S MOTION FOR DEADLINE
FOR PLAINTIFF'S COUNSEL TO FILE RESPONSE** [1]

   The defendants South Florida Woman's Health Associates, Inc. and

Edward D. Eckert (collectively "defendants"), hereby file their motion for the Court

to set a deadline for plaintiff's counsel, Elliot Kozolchyk, Esq., to file a response to

the Affidavit of Dr. Edward Eckert for the reasons stated below, and states:

1.  The plaintiff filed his Notice of Appeal on 1/10/2019 [D.E. 41].

2.  The Eleventh Circuit released its opinion on 2/1/2021; No. 19-10133.

3.  The Mandate of USCA was filed on 3/2/2021 [D.E. 50] that reversed and

    remanded this case to the district court for proceedings consistent with the

    Eleventh Circuit's opinion re. [D.E. 41].

_____

   [1] This Amended Motion includes the "Wherefore" clause that inadvertently was
omitted from the previously filed version.  That is the only difference.

4.  In response to the Eleventh Circuit's Mandate, Defendant Edward Eckert filed

    his Affidavit on 4/9/2021.

5.  To date, plaintiff's counsel has not filed a response.

6.  Defendants desire finality in this case.  They request that this Court impose a

    deadline for plaintiff's counsel to file a response to the Mandate, if he chooses;

    or, for the Court to schedule any proceeding necessary to finalize this matter,

    pursuant to the Eleventh Circuit's remand.

7.  Undersigned counsel files this request in the interest of conserving the Court's

    judicial resources and providing finality in this matter.

    **WHEREFORE,** defendants request the Court grant the relief requested in

this motion as well as any other relief the Court deems appropriate.


                        Respectfully submitted,

                        STEVENSON LAW, PL
                        Attorney for Defendants
                        Post Office Box 800936
                        Aventura, FL 33280-0936
                        Tel:   305.935.9533
                        Fax:   954.252.2095
                        roslyn.rlslaw@gmail.com

                        By:    *s/ Roslyn L. Stevenson*
                               ROSLYN L. STEVENSON
                               Florida Bar No. 829803

*Case 18-61075-CIV-MORENO*
*Batista v. South Florida Woman's Health Associates, Inc.*
*and Edward Eckert*

## CERTIFICATE OF SERVICE

I hereby certify that on 4 June 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   *s/ Roslyn L. Stevenson*
ROSLYN L. STEVENSON

## SERVICE LIST

Batista v. South Florida Woman's Health Associates, Inc. and Edward Eckert

Case No.18-61075-CIV-MORENO

Elliot Kozolchyk, Esq.
Koz Law, P.A.
320 SE 9th Street
Fort Lauderdale, FL 33313
Tel: 786.924.9929
Fax: 786.358.6071
ekoz@kozlawfirm.com

Counsel for Plaintiff Mitzy Batista
Via CM/ECF