UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-61075-CIV-MORENO**

MITZY BATISTA,

        Plaintiff,

vs.

SOUTH FLORIDA WOMAN'S HEALTH
ASSOCIATES, INC. and EDWARD D.
ECKERT,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR DEADLINE TO FILE RESPONSE**

THIS CAUSE came before the Court upon Defendants' Motion for Deadline for Plaintiff's counsel to File Response **(D.E. 53)**, filed on **June 4, 2021**, and Defendants' Amended Motion for Deadline for Plaintiff's counsel to File Response **(D.E. 54)**, filed on **June 4, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Defendants' Amended Motion **(D.E. 54)** is GRANTED. Plaintiff's counsel must respond to the Eleventh Circuit's Mandate by April 15, 2022. Defendants' Original Motion **(D.E. 53)** is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of February 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record