**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 18-cv-61075-Moreno

MITZY BATISTA,

        Plaintiff,

v.

SOUTH FLORIDA WOMAN'S
HEALTH ASSOCIATES, INC.,
EDWARD D. ECKERT,

        Defendants.
_____/

**NOTICE OF WITHDRAWAL OF MOTION
AND MOTION TO BE RELIEVED OF REQUIREMENTS OF ORDER**

    Plaintiff, Mitzy Batista, by and through the undersigned counsel, hereby withdraws her Motion for Attorney's Fees [ECF No. 30], and respectfully requests the Court relieve Plaintiff's counsel of the requirements of the Court's Order [ECF No. 55].

                        Respectfully submitted,

                        Koz Law, P.A.
                        800 East Cypress Creek Road, Suite 421
                        Fort Lauderdale, Florida 33334
                        Tel:    (786) 924-9929
                        Fax:   (786) 358-6071
                        Email: ekoz@kozlawfirm.com

                        */s/ Elliot A. Kozolchyk*
                        _____
                        Elliot Kozolchyk, Esq.
                        Bar No.: 74791