UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-61075-Moreno

MITZY BATISTA,

       Plaintiff,

v.

SOUTH FLORIDA WOMAN'S
HEALTH ASSOCIATES, INC.,
EDWARD D. ECKERT,

       Defendants.
_____/

## MOTION TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

Plaintiff, Mitzy Batista, by and through the undersigned counsel, pursuant to the Court's Order Granting Motion for Order Permitting Deposit of Funds in Court Registry [ECF No. 25] and the Clerk's Receipt [ECF No. 27], respectfully requests the Court to direct the Clerk to disburse all the funds being held in the Registry of Court for Plaintiff.

                Respectfully submitted,

                Koz Law, P.A.
                800 East Cypress Creek Road, Suite 421
                Fort Lauderdale, Florida 33334
                Tel:    (786) 924-9929
                Fax:   (786) 358-6071
                Email: ekoz@kozlawfirm.com

                _____
                Elliot Kozolchyk, Esq.
                Bar No.: 74791